G. Mark Albright
Nevada Bar No. 1394
Albright, Stoddard, Warnick and Albright
801 S Rancho Dr D4
Las Vegas, NV 89106
(702) 384-7111
Email: gma@albrightstoddard.com

*Attorneys for Plaintiff*

*See Signature Page for Additional Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| W. A. SOKOLOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN A. WYNN; et al<br><br>    Defendants, | Civil No. 2:15-cv-536--RFB-NJK |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, W. A. Sokolowski, by and through his undersigned counsel, and no Answer or Motion for Summary Judgment having been filed herein, hereby voluntarily dismisses all of Plaintiff's claims against all of the Defendants herein without prejucice pursuant to FRCP 41(a)(1)(A)(i).

/ / /

/ / /

/ / /

Plaintiff herein authorizes and diects the Clerk of this Court to enter a Voluntary Dismissal of this action.

Dated: August 12th, 2015

ALBRIGHT, STODDARD,
WARNICK & ALBRIGHT

_/s/ G. Mark Albright_
G. Mark Albright
Nevada Bar No. 1394
801 S Rancho Dr D4,
Las Vegas, NV 89106
(702) 384-7111
gma@albrightstoddard.com

GREENFIELD & GOODMAN, LLC
Richard D. Greenfield
250 Hudson Street, 8th Floor
New York, NY 10013
(917) 495-4446
rdg@twowhitehats.com

**Counsel for Plaintiff**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the _12_ day of August, 2015, a true and correct copy of the foregoing document was filed via CM/ECF filing and copies of such filing were sent to all counsel of record registered to receive electronic filings.

Dated: August _12_, 2015

/s/Barbara Clark
An employee of Albright, Stoddard, Warnick & Albright